UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. 3:11-CR-131 RM |
| | ) | |
| CHRISTOPHER S. HIBSHMAN | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on September 10, 2012. Accordingly, the court ADOPTS those findings and recommendations [docket # 17], ACCEPTS defendant Christopher Hibshman's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:   October 2, 2012


   /s/ Robert L. Miller, Jr.
  Judge, United States District Court
  Northern District of Indiana